UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MARVIN OBDULIO QUINTEROS MORAN,

                           Petitioner,

      -against-

WILLIAM JOYCE, *Acting New York Field Office Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security*; PAM BONDI, *U.S. Attorney General*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*,

                          Respondents.

------------------------------------------------------------x

ORDER TO SHOW CAUSE

25 Civ. 9645 (GBD)

GEORGE B. DANIELS, United States District Judge:

Upon consideration of Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, IT IS HEREBY ORDERED that:

1. Respondents are ordered to file a return on the Order to Show Cause why the Petition for Writ of Habeas Corpus should not be granted by **December 2, 2025**. *See* 28 U.S.C. § 2243.

2. Petitioner shall have an opportunity to reply by **December 5, 2025**.

3. The parties are further ordered to appear before this court for a hearing on the petition on **December 9, 2025, at 10:15 a.m.** in Courtroom 11A, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
        November 24, 2025

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge