UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARVIN OBDULIO QUINTEROS MORAN,

                                Petitioner,                          25 **CIVIL** 9645 (GBD)

           -against-                                        **JUDGMENT**

WILLIAM JOYCE, Acting New York Field Officer
Director, Immigration and Customs Enforcement, U.S.
Department of Homeland Security; PAMELA BONDI,
US Attorney General; and KRISTI NOEM, Secretary,
US Department of Homeland Security,

                               Respondents.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated December 15, 2025, the Petition is **GRANTED IN PART.** The Government shall ensure that Petitioner receives a bond hearing before an Immigration Judge pursuant 8 U.S.C. § 1226(a) **within seven (7) business days** of the Memorandum Decision and Order. If no hearing is held by **December 24, 2025,** the Government shall immediately release Petitioner. At the hearing, the Government will bear the burden to prove, by clear and convincing evidence, the basis for the Government's individual determination to revoke Petitioner's bond and that Petitioner is a danger to the community or a flight risk; accordingly, the case is closed.

**DATED:** New York, New York
              December 16, 2025

                                          **TAMMI M. HELLWIG**

                                      _____
                                           **Clerk of Court**

              **BY:**                   *K. mango*

                                          _____
                                           **Deputy Clerk**